UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANASH, INC., d/b/a WYOMING VALLEY YESHIVA, and SHIMON HELLINGER, *individually and in his capacity as an authorized representative of Wyoming Valley Yeshiva and relevant community members*,<br><br>Plaintiffs<br><br>v.<br><br>BOROUGH OF KINGSTON, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:24-CV-01955<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 19th day of December, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Plaintiffs' motion for a preliminary injunction (Doc. 5) is **DENIED**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**